Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:  SCLeidner@sbcglobal.net

Counsel for Plaintiff Matthew O'Hara

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MATTHEW O'HARA, | No.  CV 07 03184 JTL |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees  under EAJA in the amount THREE THOUSAND DOLLARS FIVE HUNDFRED and 00/cents ($3,500.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced  Stipulation.

Dated: _____

_____
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE

-1-